# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE:  SAN FRANCISCO

CR22-389RS

UNITED STATES OF AMERICA,

V.

LUIS CRUZ
a/k/a "Luis Arias"

**FILED**

Oct 04 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

# INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) – Possession with Intent to Distribute 400 Grams and More of a Mixture or Substance Containing Fentanyl;
21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute 50 Grams and More of a Mixture or Substance Containing Methamphetamine;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine Base;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 4th day of

October 2022 .

Rose Maher CRD

Clerk

Bail, $ Warrant

Hon. Thomas S. Hixson, U.S. Magistrate Judge

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

Oct 04 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS CRUZ,<br>a/k/a "Luis Arias,"<br><br>Defendant. | CASE NO. CR22-389RS<br><br>VIOLATIONS:<br>21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) – Possession with Intent to Distribute 400 Grams and More of a Mixture or Substance Containing Fentanyl;<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute 50 Grams and More of a Mixture or Substance Containing Methamphetamine;<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine Base;<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin;<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl;<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Methamphetamine;<br>21 U.S.C. § 853 – Forfeiture Allegation |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) –Possess with Intent to Distribute 400 Grams and More of a Mixture or Substance Containing Fentanyl)

INDICTMENT

On or about August 17, 2022, in the Northern District of California, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and (b)(1)(A)(vi).

COUNT TWO:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) –Possess with Intent to Distribute 50 Grams and More of a Mixture or Substance Containing Methamphetamine)

On or about August 17, 2022, in the Northern District of California, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

COUNT THREE:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine Base)

On or about August 17, 2022, in the Northern District of California, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT FOUR:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin)

On or about August 17, 2022, in the Northern District of California, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT                                            2

COUNT FIVE:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl)

On or about July 19, 2022, in the Northern District of California, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT SIX:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Fentanyl)

On or about July 28, 2022, in the Northern District of California, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT SEVEN:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Methamphetamine)

On or about July 28, 2022, in the Northern District of California, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:    (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

INDICTMENT                                    3

Upon conviction of any of the offenses alleged in Counts One through Seven above, the defendant,

LUIS CRUZ, a/k/a "Luis Arias,"

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment and the following:

a.   $18,012 of U.S. Currency

b.   One knife recovered by law enforcement from LUIS CRUZ on August 17, 2022

b.   2013 black Lincoln MKZ bearing the California license plate of 8YIV859 and registered to LUIS CRUZ

If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//
//
//
//

INDICTMENT                                4

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED:  October 4, 2022                              A TRUE BILL.


                                                    */s/ Grand Jury Foreperson*
                                                    FOREPERSON
                                                    San Francisco, California


STEPHANIE M. HINDS
United States Attorney


*/s/ Jared Buszin*
JARED S. BUSZIN
Assistant United States Attorney

INDICTMENT                                    5